# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Jonathan Morrow, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri request that this court admit pro hac vice, Phillip J. Haack, an attorney admitted to practice in a United States District Court, but unadmitted to the Bar of this court, who will be counsel for the Defendants in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s) and that I accept service for all papers served. Also undersigned and agree with the admittee does nothing supra to receive CM/ECF filings. I will be responsible for notifying the admittee of filings forwarded served by CM/ECF.

_____    5866
**Signature of Movant/Attorney**    **MO Bar Number**

12/11/2020    319 N. 4th Street, Suite 300
**Date**    **Address**

314-690-4757    St. Louis, MO 63102
**Phone**

     jmorrow@knightnicastro.com

### Affidavit of Proposed Admittee

I, Phillip J. Haack, certify that I reside outside the boundaries of the Western District of Missouri and am not admitted to the Bar of this court. I am a member in good standing in the state(s) of California and the United States District Court(s) of N.D. Cal., E.D. Cal., C.D. Cal., S.D. Cal., and E.D. Tex. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I is counsel in a cause of admission pro hac vice, the movant ing in this motion must participate in the preparation and presentation of the cause and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, it will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**    **Case Title(s):**
4:20-cv-00197-BP    Plus EV Holdings, Inc. v. Thras.io, Inc., and 15 Thrasio Fifteen, Inc.


**Date:** Dec. 11, 2020    **Signature:** _____

**State Bar of Residence & Bar Number:**    **Address:** 548 Market Street, Suite 36117
CA #262060
    San Francisco, CA 94104

**Phone:** 415-360-2517    **Email:** phil@martonribera.com

Pursuant to WDMO Local Rule 83.5(h), a fee of $100 is required for each case in which the attorney is seeking admittance.