IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PLUS EV HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THRAS.IO, INC. and 15 THRASIO FIFTEEN, INC., <br><br> Defendants. | Case No. 4:20-cv-00197-BP <br><br> District Judge Beth Phillips |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Plus EV Holdings Inc. ("Plus EV") and Defendants Thras.io, Inc. and 15 Thrasio Fifteen, Inc. ("Thras.io") hereby agree to dismiss with prejudice Plus EV's Third Amended Complaint ("TAC"). The Parties further agree that each party shall bear its own costs and attorney's fees. A proposed order is attached.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 26, 2021  Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Stacey R. Gilman
Stacey R. Gilman, MO Bar #55690
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 54108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
sgilman@berkowitzoliver.com

and

Brian N. Platt
WORKMAN | NYDEGGER
 (*admitted pro hac vice*)
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
bplatt@wnlaw.com

*Counsel for Plaintiff Plus EV Holdings, Inc.*


**KNIGHT NICASTRO MACKAY**

By: /s/ Jonathan B. Morrow
Jonathan B. Morrow, #58661
Kathleen McCarthy, # 69218
319 N. 4th Street, Suite 300
St. Louis, MO 63110
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
jmorrow@knightnicastro.com
mccarthy@knightnicastro.com

/s/ Ryan J. Marton
Ryan J. Marton (*pro hac vice*)
Songmee L. Connolly (*pro hac vice*)
Phillip J. Haack (*pro hac vice*)
548 Market Street, Suite 36117
San Francisco, California 94104
ryan@martonribera.com
songmee@martonribera.com
phil@martonribera.com

*Counsel for Defendants Thras.io, Inc. and Fifteen Thrasio Fifteen, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Missouri using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

/s/ Stacey R. Gilman
Stacey R. Gilman